No. 09-9910. Larry Darnell Pinson, et ux., Petitioners v. Equifax Credit Information Services, Inc., et al.

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5552.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 943, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4526.

No. 09-9918. Stephen Alan Alberts, II, Petitioner v. Wheeling Jesuit University, et al.

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5595.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 913, 130 S. Ct. 3310, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4026.

No. 09-9984. Damon Emanuel Elliott, Petitioner v. United States.

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5553.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1115, 130 S. Ct. 2425, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3751.

No. 09-10055. George Williams, Jr., Petitioner v. North Carolina.

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5559.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4460.

No. 09-10069. Orlando E. Townsend, Petitioner v. Amy J. Bang, et al.

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5568.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 957, 130 S. Ct. 3392, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4578.

No. 09-10099. Manuel Pardo, Jr., Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5603.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 931, 130 S. Ct. 3334, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4305.

No. 09-10135. James Andrew Gray, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy.

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1128, 2010 U.S. LEXIS 5570.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4351.